IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action Nos.  07-cr-00029-WDM and 07-cr-00398-WDM and 07-cr-00452 and 09-cr-00185

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARRET ADAMS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing will be held **February 3, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 16, 2009

                                            s/ Jane Trexler, Judicial Assistant